**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**SANDRA E. LEVY,**

        **Plaintiff,**

**v.**                                                    **Civil Action No.: 3:16cv864**

**PIONEER CREDIT RECOVERY, INC.,**

        **Defendant.**

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

To:    Pioneer Credit Recovery, Inc.
        c/o Deborah J. Israel, Esquire
        Alexander P. Rothschild, Esquire
        Louis J. Rouleau, Esquire
        WOMBLE CARLYLE SANDRIDGE & RICE LLP
        1200 Nineteenth Street, NW, Suite 500
        Washington, DC 20036

      **You are hereby notified** that the Plaintiff, Sandra E. Levy, by counsel, accepts the Offer of Judgment served upon the Plaintiff by Defendant Pioneer Credit Recovery, Inc. on February 28, 2017.

                                                            Respectfully submitted:
                                                           SANDRA E. LEVY
                                                           By Counsel

 /s/_____
Dale W. Pittman, VSB #15673
Attorney for Sandra E. Levy
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

## Certificate of Service

I hereby certify that on the 13th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Deborah J. Israel, Esquire
>Alexander P. Rothschild, Esquire
>Louis J. Rouleau, Esquire
>WOMBLE CARLYLE SANDRIDGE & RICE LLP
>1200 Nineteenth Street, NW, Suite 500
>Washington, DC 20036
>disrael@wcsr.com
>arothschild@wcsr.com
>lrouleau@wcsr.com
>*Counsel for Defendant*

>\_\_/s/_____
>Dale W. Pittman, VSB#15673
>Counsel for Plaintiff Sandra E. Levy
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803
>(804) 861-6000
>(804) 861-3368 Facsimile
>dale@pittmanlawoffice.com