# EXHIBIT B

1803 Rocky River Road North
Monroe, NC 28110

SANDRA E LEVY
9480 VIRGINIA CENTER BLVD UNIT 403
VIENNA, VA 22181-4812